District of Columbia live database Page 1 of 6

Case 1:18-cr-00484 Document #: 1-1 Filed: 08/03/18 Page 1 of 6 PageID #:3
Case 1:03-cr-00034-JDB Document 89-3 *SEALED* Filed 07/26/18 Page 1 of 6

CALCOM,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00034-JDB-3

| | |
|---|---|
| Case title: UNITED STATES OF AMERICA v. ZAMBADA-GARCIA et al | Date Filed: 01/28/2003 |

Assigned to: Judge John D. Bates

**Defendant (3)**

| | | |
|---|---|---|
| **VICENTE ZAMBADA-NIEBLA** | represented by | **Judith Lynne Wheat**<br>GRIFFITH & WHEAT, PLLC<br>1156 15th Street, NW<br>Suite 510<br>Washington, DC 20005<br>(202) 496-4963<br>Fax: (202) 587-2980<br>Email: judithwheat@griffithwheatlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Alvin S. Michaelson**<br>1901 Avenue of the Stars<br>Suite 615<br>Los Angeles, CA 90067<br>(310) 278-4984<br>Fax: (310) 286-9969<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pro Hac Vice*<br><br>**Frank A. Perez**<br>LAW OFFICES OF FRANK A. PEREZ, P.C.<br>9110 Seyene Road<br>Dallas, TX 75227<br>(214) 828-9911<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pro Hac Vice* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:963 and 18:2 | |

District of Columbia live database								Page 2 of 6

Case 1:18-cr-00484 Document #: 1-1 Filed: 08/03/18 Page 2 of 6 PageID #:24
Case 1:03-cr-00034-JDB Document 89-3 *SEALED* Filed 07/26/18 Page 2 of 6

ATTEMPT/CONSPIRACY - NARCOTICS - SELL/DISTRIBUTE/DISPENSE; Conspiracy to Import Five Kilograms or More of Cocaine and to Manufacture and Distribute Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine will be Unlawfully Imported into the United States and Aiding and Abetting.
(1)

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | represented by | **Adrian Rosales**<br>U.S. DEPARTMENT OF JUSTICE<br>Narcotic and Dangerous Drug Section<br>145 N Street, NE<br>Second Floor, East Wing<br>Washington, DC 20530<br>(202) 598-2281<br>Fax: (202) 514-0483<br>Email: adrian.rosales@usdoj.gov<br>*TERMINATED: 11/03/2017*<br>*LEAD ATTORNEY*<br>*Designation: Assistant U.S. Attorney*<br><br>**Amanda Nunn Liskamm**<br>U.S. DEPARTMENT OF JUSTICE<br>Narcotics and Dangerous Drug Section<br>145 N Street, NE<br>Second Floor, East Wing<br>Washington, DC 20530<br>(202) 616-1576 |

Fax: (202) 514-0483
Email: amanda.liskamm@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Andrea Goldbarg**
US DEPARTMENT OF JUSTICE
Criminal Division
145 N Street NE
Washington, DC 20530
(202) 616-2200
Fax: (202) 514-0483
Email: andrea.goldbarg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Darrin Lee McCullough**
U.S. DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530
(202) 616-2255
Email: darrin.mccullough@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Nicholas Lang**
UNITED STATES DEPARTMENT OF JUSTICE, Criminal Division
Narcotic and Dangerous Drug Section
2 Constitution Square, 145 N Street NE
Second Floor, East Wing
Washington, DC 20530
(202) 616-0381
Email: michael.lang@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Patrick H. Hearn**
UNITED STATES DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW
Room 8306
Washington, DC 22305
(202) 305-7606

District of Columbia live database                                                                 Page 4 of 6

Case 1:18-cr-00484 Document #: 1-1 Filed: 08/03/18 Page 4 of 6 PageID #:6
Case 1:03-cr-00094-JDB Document 89-3 *SEALED* Filed 07/26/18 Page 4 of 6

Email: patrick.hearn@usdoj.gov
*TERMINATED: 09/20/2011*
*Designation: Assistant U.S. Attorney*

**Paul Warren Laymon , Jr.**
U.S. DEPARTMENT OF JUSTICE
Narcotics and Dangerous Drug Section
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530
(202) 616-1289
Fax: (202) 514-6112
Email: paul.laymon@usdoj.gov
*TERMINATED: 09/20/2011*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2003 | 1 | INDICTMENT filed against ISMAEL ZAMBADA-GARCIA (1) count 1; JAVIER TORRES-FELIX (2) count 1; VINCENTE ZAMBADA-NIEBLA (3) count 1. (FORFEITURE ALLEGATION) (xx) (Entered: 01/29/2003) |
| 01/28/2003 | 2 | MOTION filed by USA as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA to seal case (xx) (Entered: 01/29/2003) |
| 01/28/2003 | 3 | ORDER by Mag. Judge Deborah A. Robinson (MJ) as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA : granting motion to seal case [2-1] as to ISMAEL ZAMBADA-GARCIA (1), JAVIER TORRES-FELIX (2), VINCENTE ZAMBADA-NIEBLA (3) (N) (xx) (Entered: 01/29/2003) |
| 01/28/2003 |  | PDID AND DATE OF BIRTH for VINCENTE ZAMBADA-NIEBLA : PDID #: N/A DOB: 3/24/75 (xx) (Entered: 01/29/2003) |
| 01/28/2003 |  | BENCH WARRANT ISSUED by Mag. Judge Deborah A. Robinson (MJ) for VINCENTE ZAMBADA-NIEBLA . (xx) (Entered: 01/29/2003) |
| 07/29/2003 | 4 | MOTION filed by USA as to DEFT. 1, DEFT. 2, DEFT. 3 to unseal case (xx) (Entered: 07/30/2003) |
| 07/29/2003 | 5 | ORDER by Judge John D. Bates as to DEFT. 1, DEFT. 2, DEFT. 3 : granting motion to unseal case [4-1] as to DEFT. 1 (1), DEFT. 2 (2), DEFT. 3 (3) (N) (xx) (Entered: 07/30/2003) |
| 10/17/2003 | 6 | ORDER CASE REASSIGNED from Judge John D. Bates to Calendar Committee by direction of the Calendar Committee, as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA. (N) (mlp) (Entered: 10/17/2003) |
| 02/26/2008 |  | Attorney update in case as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA. Attorney Patrick H. |

District of Columbia live database                                Page 5 of 6

Case 1:18-cr-00484 Document #: 1-1 Filed: 08/03/18 Page 5 of 6 PageID #:7
Case 1:03-cr-00094-JDB Document 89-3 *SEALED* Filed 07/26/18 Page 5 of 6

| | | |
|---|---|---|
| | | Hearn for UNITED STATES OF AMERICA added. (mlp) (Entered: 02/26/2008) |
| 09/02/2011 | | NOTICE OF FUGITIVE CALENDAR CALL HEARING as to ISMAEL ZAMBADA-GARCIA, VINCENTE ZAMBADA-NIEBLA: Status Conference set for 9/21/2011 at 10:00 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (ds) (Entered: 09/02/2011) |
| 09/20/2011 | 15 | MOTION to Amend/Correct *Record Regarding Attorneys Represented* by UNITED STATES OF AMERICA as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA. (Attachments: # 1 Text of Proposed Order)(McCullough, Darrin) (Entered: 09/20/2011) |
| 09/20/2011 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 9/20/11granting 15 Motion to Amend Record Regarding Attorneys Representing the United States. (EW) (Entered: 09/20/2011) |
| 09/20/2011 | | Attorney update in case as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA. Attorney Patrick H. Hearn and Paul W. Laymon terminated. (EW) (Entered: 09/20/2011) |
| 09/20/2011 | | Attorney update in case as to ISMAEL ZAMBADA-GARCIA, JAVIER TORRES-FELIX, VINCENTE ZAMBADA-NIEBLA. Attorney Andrea Goldbarg for UNITED STATES OF AMERICA added. (EW) (Entered: 09/20/2011) |
| 09/21/2011 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: CALENDAR CALL as to ISMAEL ZAMBADA-GARCIA, VINCENTE ZAMBADA-NIEBLA held on 9/21/2011. NO ACTION REQUESTED. Bond Status of Defendants: FUGITIVE; Court Reporter: Bowles Reporting US Attorney: Darrin Mccullough (lm, ) (Entered: 09/27/2011) |
| 05/09/2013 | 31 | NOTICE OF ATTORNEY APPEARANCE Adrian Rosales appearing for USA. (Rosales, Adrian) (Entered: 05/09/2013) |
| 05/14/2013 | | Attorney update in case as to VICENTE ZAMBADA-NIEBLA. Attorney Alvin S. Michaelson for VICENTE ZAMBADA-NIEBLA added. (tb, ) (Entered: 05/14/2013) |
| 05/14/2013 | 35 | NOTICE of Change of Address by Adrian Rosales (Rosales, Adrian) (Entered: 05/14/2013) |
| 05/15/2013 | | Attorney update in case as to VICENTE ZAMBADA-NIEBLA. Attorney Judith L. Wheat for VICENTE ZAMBADA-NIEBLA added. (tb, ) (Entered: 05/15/2013) |
| 08/26/2014 | | Set/Reset Deadlines as to VICENTE ZAMBADA-NIEBLA: Status Report due by 12/20/2014. (tb, ) (Entered: 08/26/2014) |
| 06/12/2015 | | Set/Reset Deadlines as to VICENTE ZAMBADA-NIEBLA: Joint Status Report due by 10/8/2015. (tb) (Entered: 06/12/2015) |
| | | |

District of Columbia live database                                                                                           Page 6 of 6

Case 1:18-cr-00484 Document #: 1-1 Filed: 08/03/18 Page 6 of 6 PageID #:8
Case 1:03-cr-00094-JDB Document 89-3 *SEALED* Filed 07/26/18 Page 6 of 6

| | | |
|---|---|---|
| 10/31/2017 | | Attorney update in case as to VICENTE ZAMBADA-NIEBLA. Attorney Frank A. Perez for VICENTE ZAMBADA-NIEBLA added. (tb) (Entered: 11/01/2017) |
| 02/28/2018 | 79 | NOTICE OF ATTORNEY APPEARANCE Michael Nicholas Lang appearing for USA. (Lang, Michael) (Entered: 02/28/2018) |
| 04/16/2018 | 80 | NOTICE OF ATTORNEY APPEARANCE Amanda Nunn Liskamm appearing for USA. (Liskamm, Amanda) (Entered: 04/16/2018) |
| 07/05/2018 | | MINUTE ORDER as to VICENTE ZAMBADA-NIEBLA: Hearing set for July 5, 2018 is hereby CANCELLED. SO ORDERED - by Judge John D. Bates on 07/05/18. (tb) (Entered: 07/05/2018) |