IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 18 CR 484-1 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Vicente Zambada-Niebla ) | |

### ORDER

This case was transferred from the District of Columbia on 8/3/2018.  Initial appearance, arraignment, and change of plea hearing held on 11/8/2018.  Defendant appeared and entered a plea of guilty to count one.  The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea.  Enter judgment of guilty on Count One.  Enter Plea Agreement.  Parties' oral request to consolidate sentencing with 09 CR 383-3 so that there will only be one sentencing order is granted.  Cause referred to the Probation Dept. for a presentence investigation.  Sentencing set for 2/27/2019 at 1:00 p.m.

Dated:  November 8, 2018                    /s/ _Ruben Castillo_
                                                               Chief Judge Ruben Castillo