Honorable Sharon Johnson Coleman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Sharon Johnson Coleman is presiding over 09 CR 383, *USA v. Guzman-Loera et al*; and

It further appearing that 18 CR 484, *USA v. Zambada-Niebla,* is related to 09 CR 383, *USA v. Guzman-Loera et al.*, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Coleman shall be reassigned 18 CR 484, *USA v. Zambada-Niebla*.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 24th day of June, 2020